UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| CHRIS LAGRASSA, | ) | Case No. CV 07-2464-PA (AJW) |
| | ) | |
|     Petitioner, | ) | |
| | ) | |
|   v. | ) | JUDGMENT |
| | ) | |
| J. WALKER, Warden, | ) | |
| | ) | |
|     Respondent. | ) | |

**It is hereby adjudged** that the petition for a writ of habeas corpus is denied.

Dated: August 3, 2009

_____
Percy Anderson
United States District Judge